IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPUBLIC AIRWAYS INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS; INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 357, <br><br> Defendants. | Case No.: 1:24-cv-00986-SEB-TAB |

## PLAINTIFF REPUBLIC AIRWAYS INC.'S
## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff, Republic Airways Inc., by counsel, pursuant to Fed. R. Civ. P. 7.1, hereby states that Republic Airways Inc. is a subsidiary of Republic Airways Holdings Inc., and that the following publicly-held companies hold ten percent (10%) or more of Republic Airways Holdings Inc.: Delta Air Lines, Inc.; American Airlines, Inc.; United Airlines, Inc.; and, Embraer, S.A.

Dated: June 10, 2024

*s/ David J. Carr*
David J. Carr (Ind. Bar No. 49-4241)
Paul C. Sweeney (Ind. Bar No. 20392-29)
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Tel.: (317) 236-2100
Fax: (317) 236-2219
David.Carr@icemiller.com
Paul.Sweeney@icemiller.com

Robert A. Siegel (*pro hac vice* forthcoming)
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071
Tel.: (213) 430-6000
Fax: (213) 430-6407
rsiegel@omm.com

- 1 -

Aparna B. Joshi (*pro hac vice* forthcoming)
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, D.C. 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414
ajoshi@omm.com

*Attorneys for Plaintiff Republic Airways Inc.*